■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAWRENCE KLEINMANN, Appellant.—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Nassau County (Harrington, J.), imposed January 14, 1986.

Sentence affirmed, and case remitted to the County Court, Nassau County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Mollen, P. J., Thompson, Bracken and Rubin, JJ., concur.